No. 79–6765. KELLY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 80–59. CARMI *v.* METROPOLITAN ST. LOUIS SEWER DISTRICT ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 79–6431. AHUMADA *v.* UNITED STATES;
No. 79–6609. MONROY *v.* UNITED STATES; and
No. 79–6705. OSPINA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari. Reported below: 614 F. 2d 61.

No. 79–6531. HALL *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. Sup. Ct. Fla. Certiorari denied. JUSTICE MARSHALL would grant certiorari.

No. 79–6610. PRIESTER *v.* BANKER'S TRUST OF SOUTH CAROLINA, ADMINISTRATOR, ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE BLACKMUN would grant certiorari.